IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL ANTHONY SMITH, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 09-304-GPM |
| GARY CONDER, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **PAUL ANTHONY SMITH** shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 10/23/09

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
      Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge